**FILED**
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name ROSENBAUM   VINCENT   L.
3 | (Last)   (First)   (Initial)

4 | Prisoner Number 2069375

5 | Institutional Address 2100 NAPA VALLEJO HIGHWAY
6 | NAPA, CALIFORNIA 94558

7 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8 | VINCENT ROSENBAUM
9 | (Enter the full name of plaintiff in this action.)

Case No. CV 08 3126
(To be provided by the Clerk of Court)

10 | vs.

11 | DOCTOR ANNA WILTSE
12 | ED FOULK.

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

SI

U.S.C. 28 1915(g)

E-filing (PR)

15 | (Enter the full name of the defendant(s) in this action)

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.   Exhaustion of Administrative Remedies.

18 | **[Note:** You must exhaust your administrative remedies before your claim can go
19 | forward. The court will dismiss any unexhausted claims.]

20 | A.   Place of present confinement NAPA State Hospital

21 | B.   Is there a grievance procedure in this institution?
22 |      YES (✓)   NO ( )

23 | C.   Did you present the facts in your complaint for review through the grievance
24 |      procedure?
25 |      YES ( )   NO (✓)

26 | D.   If your answer is YES, list the appeal number and the date and result of the
27 |      appeal at each level of review. If you did not pursue a certain level of appeal,
28 |      explain why. AN Attempt to Kill ME!
     OR. Wiltse No longer works at NAPA

COMPLAINT                                    - 1 -

08-3126 SI

1. Informal appeal _STATE MEDICAL BOARD 2007_

2. First formal level _JUDGE BRENNAN 4/13/07 REFUSED LAWYER, WITNESSES. REFUSED 5, 6, 14th AMENDMENT RIGHTS_

3. Second formal level _(Appeal) FIRST DISTRICT COURT OF APPEAL Prejudicial error in SUPREME COURT_

4. Third formal level _(Appeal) SUPREME COURT Still PENDING_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _After Hospital workers Attempted to Kill ME ON OR ABOUT 5/3/07 I FIGURED it better to go courts worried for my safety_

II. Parties. _see U.S.C 28 1915(G)_

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_VINCENT ROSENBALM_
_2100 NAPA VALLEJO HIGHWAY_
_NAPA, CALIFORNIA 94558_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_ANNA WILTSE DOCTOR NAPA STATE Hospital_

COMPLAINT                                  - 2 -

1  ED FOULK - EXECUTIVE DIRECTOR NAPA
2  STATE Hospital
3
4

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  1) ON OR ABOUT 2/20/07 DR. WILTSE committed
11  PERJURY ON A COURT REPORT TO
12  DRUG ME ILLEGALLY
13  2) At A 4/13/07 this COURT REPORT
14  WAS USED BY JUDGE CLAYTON BRENNAN
15  to illegally DRUG ME, ALL BASED
16  UPON PERJURY BY DOCTOR WILTSE
17  I WAS DENIED A CHANCE to EXAMINE
18  AND CROSS EXAMINE WITNESSES BY
19  JUDGE BRENNAN WHO DENIED ME
20  A Hearing AND ILLEGALLY SIGNED
21  A COURT ORDER to DRUG ME
22

23  IV.  Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  RELEASE FROM ILLEGAL CUSTODY
27  Victim/witNESS Help with RELOCATION
28  AND CREDIT REPAIR / RETRAINING EDUCATION

COMPLAINT                         - 3 -

1. DR. WILTSE DISCIPLINED BY COURT ORDER
2. A SUMMARY JUDGMENT OF $5 MILLION
3. DOLLARS FOR DAMAGES!
4. ~~RESTRAINING ORDER~~ COURT FEES PAID!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __JUNE__, 20_08_

_Vincent Rosenbalm_
(Plaintiff's signature)

COMPLAINT                              - 4 -