E-filing

**FILED**
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM )
       Plaintiff, ) CASE NO. CV 08 3126 (PR)
   vs. )
DR. ANNA WILTSE ) PRISONER'S
) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
       Defendant. ) U.S.C. 28 1915 (g)

I, VINCENT ROSENBALM declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week   Net: Approx $20 week
Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ✓   No ___
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ✓   No ___
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __12⁵⁰ MONTH WELFARE HOSPITAL_____
22  __3²⁵ BOOK SALE AUTHOR HOUSE PUBLISHERS_____
23  3.     Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.   List amount you contribute to your spouse's support: $ _____

## FINANCIALS ESTIMAtes

1  b. List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     __JDR (17)__
6     NONE AT PRESENT DUE TO ILLEGAL IMPRISONMENT
7  5. Do you own or are you buying a home?     Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile? (2)     Yes ✓ No ___
10 Make SUBARU   Year 1992, 1993   Model Legacy
11 Is it financed? Yes ___ No ✓ If so, Total due: $ 0
12 Monthly Payment: $ 0
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ✓ No ___ Amount: $ 15-20 cents
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ___
20 PERSONAL PROPERTY ESTIMATED $15,000.00
21 8. What are your monthly expenses?
22 Rent: $ ____0____   Utilities: ____0____
23 Food: $ ____0____   Clothing: ____0____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____0_____   $ _____0_____   $ _____0_____
27 _____0_____   $ _____0_____   $ _____0_____
28 _____0_____   $ _____0_____   $ _____0_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3     CREDIT CARD Debt   Estimated $5-10,000.00
4     SCHOOL LOANS   ✓   $5-10,000.00
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9     NOT SURE
10     DONT HAVE ALL COPIES
11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16     6/1/08               Vincent Rosenbalm
17     DATE               SIGNATURE OF APPLICANT

|   |   |
|---|---|
| 1 |   |
| 2 | Case Number: _____ |
| 3 |   |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Vincent Rosenbalm__ for the last six months
[prisoner name]
__Napa State Hospital__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __29.77__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0.00__ .

Dated: __4-4-08__                    __Laura Harris, STO__
                                      [Authorized officer of the institution]

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

4/4/2008
7:54:35AM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375  ROSENBALM, VINCENT

|  | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 |  | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 |  | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 |  | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 |  | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER |  | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 |  | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 |  | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 |  | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 |  | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts |  | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 |  | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 |  | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 |  | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 |  | $17.83 |

TAL WITHDRAWLS / DEPOSITS:                          $165.75     $178.58

No STAMPS - CUT OFF

Legal Mail

Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
JUN 24 2008

[return address, written sideways:]
Antwon Henderson
1156 Napa Vallejo Highway
Napa, CA 94558