VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA

RECEIVED
7/15/08
JUL JUL 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO COURT Clerk RICHARD WIEKING, 08-3126 SI

1) I AM WONDERING WHY MY
APPLICATIONS TO PROCEED UNDER
28 U.S.C 1915 (g) has NOT been
GRANTED, ESPECIALLY DUE TO A
SERIOUS ATTACK WITH VIOLENCE ALMOST
LEFT ME DEAD. DOES SOMEONE
NEED TO BE KILLED BEFORE THE
COURT REALIZES A MISTAKE?
2) I AM SURE YOU ARE AWARE
OF THE NEW LAW FROM 12/1/07.
TO SERVE SUMMONS IMMEDIATELY
ON LAWSUIT AND CRIMINAL CHARGES.
I BELIEVE THIS IS 4 (B), ARE
YOU AWARE YOU ARE VIOLATING
ME RIGHTS BY NOT SERVING THOSE
SUMMONS IMMEDIATELY?
I DO HOPE WE SETTLE THESE
ISSUES SOON AND JUSTICE IS
SERVED.
                    Vincent Rosenbalm

VINCENT ROSENBALM
2100 Napa Vallejo Hwy.
Napa, CA   94558-6293

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

