FILED
08 JUL 24 PM 12: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: C 08-3127 SF

C 08-3126 (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Vincent Rosenbalm** for the last six months
[prisoner name]
**Napa State Hospital** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **74.04** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **48.47**.

Dated: **7/14/08**              _____
                                [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*ORIGINAL FILED JUN 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 3126**.

☒ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and: *E-filing SI (PR)*

1. ____ you did not file an In Forma Pauperis Application.

2. ☒ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ☒ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. ✱

   ☒ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months. ✱

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

*Rosenbach*

> CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

7/18/2008
9:40:46AM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|-----------|---------|------|---------|-----------|---------|---------|
| 1 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 2 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 3 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 4 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 5 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 6 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 7 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 8 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 9 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 10 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 11 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 12 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |
| 13 | 04/07/2008 | 13-155579 | Cash Disbursement | cl v765 | $17.83 | | $0.00 |
| 14 | 04/17/2008 | 17-75845 | PP P/E 4/18/08 | PP P/E 4/18/08 | | $39.30 | $39.30 |
| 15 | 04/22/2008 | 13-155712 | Misc Disbursement | COPY CARD | $20.00 | | $19.30 |
| 16 | 04/28/2008 | 13-155748 | Cash Disbursement | CL V-830 | $19.00 | | $0.30 |
| 17 | 05/01/2008 | 17-75890 | PP P/E 5/2/08 | PP P/E 5/2/08 | | $39.30 | $39.60 |
| 18 | 05/05/2008 | 13-155792 | Cash Disbursement | cASHLIST v-851 | $39.00 | | $0.60 |
| 19 | 06/05/2008 | 17-75989 | PP P/E 6/6/08 | PP P/E 6/6/08 | | $147.38 | $147.98 |
| 20 | 06/09/2008 | 13-156006 | Cash Disbursement | CL V946 | $40.00 | | $107.98 |
| 21 | 06/13/2008 | 13-156054 | Misc Disbursement | NSH-COPY CARD V965 | $15.00 | | $92.98 |
| 22 | 06/16/2008 | 13-156066 | Cash Disbursement | cl v966 | $20.00 | | $72.98 |
| 23 | 06/19/2008 | 17-76052 | PP P/E 6/20/08 | PP P/E 6/20/08 | | $49.13 | $122.11 |
| 24 | 06/30/2008 | 13-156175 | Cash Disbursement | Cashlist V-1010 | $27.98 | | $94.13 |
| 25 | 07/07/2008 | 13-156219 | Cash Disbursement | cl v13 | $20.00 | | $74.13 |
| 26 | 07/10/2008 | 17-76129 | PP P/E 7/11/08 | PP P/E 7/11/08 | | $68.78 | $142.91 |
| 27 | 07/11/2008 | 13-156250 | Misc Disbursement | NSH-COPY CTR V30 | $10.00 | | $132.91 |
| 28 | 07/14/2008 | 13-156254 | Cash Disbursement | cl v32 | $23.69 | | $109.22 |

TOTAL WITHDRAWLS / DEPOSITS:                $388.25    $497.47

