United States District Court
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7
8    In Re.                                                No. C 08-2333 SI (pr)
                                                           No. C 08-3125 SI (pr)
9    VINCENT ROSENBALM,                                    No. C 08-3126 SI (pr)
                                                           No. C 08-3127 SI (pr)
10            Plaintiff.                                    No. C 08-3128 SI (pr)
                                                           No. C 08-3211 SI (pr)
11                                                         No. C 08-3213 SI (pr)
                                                           No. C 08-3214 SI (pr)
12    _____/
                                                           **JUDGMENT**
13
14        Each of these actions is dismissed without prejudice to plaintiff asserting his claims in
15    an action for which he pays the full filing fee at the time he files his complaint.
16
17        IT IS SO ORDERED AND ADJUDGED.
18
19    Dated:  August 27, 2008                         _____
                                                           SUSAN ILLSTON
20                                                     United States District Judge
21
22
23
24
25
26
27
28